UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PUGET SOUNDKEEPER ALLIANCE,

    Plaintiff,

v.

ACE METAL CORPORATION,

    Defendant.

C17-524 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    The Parties' Stipulated Motion to Extend Deadlines, docket no. 15, is GRANTED. The Court hereby resets the following deadlines:

| | |
|---|---|
| Disclosure of expert testimony under FRCP 26(a)(2) | June 25, 2018 |
| All motions related to discovery must be filed by and noted on the motion calendar no later than the third Friday thereafter (see LCR 7(d)) | July 19, 2018 |
| Discovery completed by | August 6, 2018 |

(2)    All other requirements and deadlines imposed by the Court's Minute Order Setting Trial Date and Related Dates, docket no. 12, remain unchanged.

MINUTE ORDER - 1

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 16th day of March, 2018.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2